**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FABRIQUE INNOVATONS, INC., d/b/a Sykel Enterprises,

                            Plaintiff,

          -against-                      17 **CIVIL** 737 (GBD)

                                          **JUDGMENT**

FEDERAL INSURANCE COMPANY,

                           Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 26, 2020, Plaintiff's motion for summary judgment is granted; Defendant's motion for leave to file a sur-reply is denied.

**Dated:** New York, New York
           March 30, 2020

                                                         **RUBY J. KRAJICK**
                                                       _____
                                                           **Clerk of Court**
                                         **BY:**
                                                        _____
                                                           **Deputy Clerk**