UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

FABRIQUE INNOVATIONS, INC., *d/b/a Sykel Enterprises*,

                              Plaintiff,

-against-

FEDERAL INSURANCE COMPANY,

                             Defendant.

------------------------------------ x

MONEY JUDGMENT

17 Civ. 737 (GBD)

GEORGE B. DANIELS, United States District Judge:

It is ORDERED, ADJUDGED, AND DECREED that for the reasons stated in this Court's Memorandum Decision and Order dated March 26, 2020, the Defendant is directed to pay monetary damages to Plaintiff in the amount of $1,554,522.87, plus prejudgment interest accruing from January 3, 2017 to March 30, 2020 at a rate of 9% per annum ($451,899.80), plus post-judgment interest through May 12, 2020 pursuant to 28 U.S.C. § 1961 ($391.42).

Dated: New York, New York
       June 1, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge